IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08MC00019-LEW-KJM |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF CONTINUING |
| | ) | GARNISHMENT (WAGES) |
| ED HENDERSON, | ) | |
| | ) | |
| | ) | |
| Defendant and | ) | |
| Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| PACIFIC MARITIME ASSOCIATION, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

Pursuant to the Request for Entry of Order of Continuing Garnishment (Wages),

IT IS ORDERED that the garnishee Pacific Maritime Association, shall forward to the U.S. District Court Clerk twenty-five percent (25%) of the disposable earnings (gross wages less <u>required</u> deductions for federal income tax, federal social security, Medicare tax, state income tax, state disability insurance and payments to a <u>public</u>

employee retirement system) per pay period owing by the garnishee to
the judgment debtor, beginning on the date the garnishee <u>received</u> the
Writ of Continuing Garnishment (Wages), and continuing said payments
for all subsequent pay periods until the judgment in favor of the
United States is paid in full.

     IT IS SO ORDERED.


DATED:  April 18, 2008.


_____
U.S. MAGISTRATE JUDGE