THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            v.<br><br>ED HENDERSON,<br><br>    Defendant and Judgment Debtor. | CASE NO.  2:08-mc-00019-TLN-CKD<br><br>ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (WAGES) |
| PACIFIC MARITIME ASSOCIATION,<br><br>    Garnishee. | |

The Court, having carefully reviewed the entire file and the United States' Request for an Order Terminating the Writ of Continuing Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED that:

1. Pursuant to 28 U.S.C. § 3613(b), the Writ of Continuing Garnishment (Wages) previously issued against Ed Henderson on February 6, 2008 is hereby TERMINATED, ECF 3-1; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:  April 7, 2021

                                                            Troy L. Nunley<br>                                                            United States District Judge